Case 3:11-cr-00241-DRD   Document 5355   Filed 12/29/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

United States of America )
v. )
CARLOS ALEXIS-ESCARTIN-ACOSTA )  Case No: 3:11-241-16 (DRD)
)  USM No: 37609-069
)
Date of Original Judgment: 06/06/2013 )
Date of Previous Amended Judgment: )  Hector Ramos-Vega, AFPD
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   108   months **is reduced to**   87  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/06/2013   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   12/29/2015                                     S/ Daniel R. Dominguez
                                                                          *Judge's signature*

Effective Date:  _____                Daniel R. Dominguez, Senior U.S. District Judge
*(if different from order date)*                              *Printed name and title*